LOUIS C. RAEGENER, as Receiver of the EQUITABLE MUTUAL FIRE INSURANCE CORPORATION OF NEW YORK, Respondent, *v.* HENRY W. MEDICUS et al., Appellants, Impleaded with Another.

*Raegener* v. *Medicus,* 67 App. Div. 12ʳ, affirmed.
(Submitted June 23, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 20, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Everett V. Abbot* for appellants.

*Leopold Wallach* and *Alfred A. Cook* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.